IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JIMMY W. COX, and                                                    PLAINTIFFS
LINDA COX

V.                                                    CIVIL ACTION NO. 1:18-CV-75-SA-DAS

JESCO MAINTENANCE CORP.                                              DEFENDANT


ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on April, 24, 2018. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 25th day of April, 2018.

 /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE