IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JIMMY W. COX, an individual; and
LINDA COX, an individual                                          PLAINTIFFS

VS.                                       CIVIL ACTION NO. 1:18-CV-075-GHD-DAS

JESCO MAINTENANCE CORP.,
and JOHN DOE DEFENDANTS 1-5                                       DEFENDANTS

AGREED ORDER OF SUBSTITUTION

This day this cause came before the Court on the unopposed motion [Doc 14] of plaintiffs for the substitution of JESCO Inc., as the properly named JESCO entity in place of JESCO Maintenance Corp., and the Court, after having considered the matter and being advised that all parties are in agreement to the substitution of parties, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that JESCO Maintenance Corp., be and the same hereby is dismissed from this litigation without prejudice, and that JESCO Inc., is substituted into the case in its place as the proper JESCO entity.

IT IS, THEREFORE, HEREBY FURTHER ORDERED AND ADJUDGED that the Answer and Defenses to Complaint filed on behalf of JESCO Maintenance Corp., [Doc 5] will stand as the Answer and Defenses of JESCO, Inc., so that JESCO Inc., is not required to file a separate Answer to Complaint after the entry of this Order.

The Clerk of Court shall amend the heading of this case consistent with this Order.

SO ORDERED AND ADJUDGED, this the 22nd day of August 2018.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED TO BY:

*/s/ Joel L. DiLorenzo*
Joel L. DiLorenzo, Esq
Attorney for Plaintiffs, Jimmy Cox and Linda Cox

*/s/ Michael W. Baxter*
Michael W. Baxter, Esq.
Attorney for Defendant JESCO maintenance Corp.