## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

JIMMY W. COX, an individual; and
LINDA COX, an individual                                     PLAINTIFFS

VS.                                    CIVIL ACTION NO. 1:18-CV-075-GHD-DAS

JESCO Inc.,
and JOHN DOE DEFENDANTS 1-5                                  DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
### AS TO PLAINTIFF, LINDA COX ONLY

THIS DAY THIS CAUSE came before the Court on the motion, ore tenus, of plaintiff, Linda Cox only, to dismiss any and all of her claims against the defendant, JESCO, Inc., with prejudice, leaving and preserving the claims of the remaining plaintiff, Jimmy W. Cox, to proceed against the defendant JESCO, Inc., and the Court, after having considered the matter, finds that the dismissal of only the claims of plaintiff, Linda Cox, with prejudice is agreed to by the parties and is well taken and should be granted.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that all of the claims of plaintiff, Linda Cox only, be and the same hereby are dismissed with prejudice leaving and preserving the claims of the remaining plaintiff, Jimmy W. Cox, to proceed against the defendant, JESCO, INC.

**SO ORDERED AND ADJUDGED**, this the ___ day of January 2019.

_____
U.S. DISTRICT COURT JUDGE

AGREED TO BY:

*/s/ Joel L. DiLorenzo*
*Joel L. DiLorenzo, Esq.*
(MS BAR # 100281)
THE DILORENZO LAW FIRM, LLC
505 20th Street North # 1275
Birmingham, AL 35203
Tel: (205) 212-9988
Fax: (205) 212-9989
Email: joel@dilorenzo-law.com

    *Attorney for Plaintiff, Linda Cox*

*/s/ Michael W. Baxter*
*Michael W. Baxter, Esq.*
Baxter Law Firm, PLLC
300 Highland Park Cove - Ste. A
Ridgeland, MS 39157

    *Attorney for Defendant*