IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JIMMY W. COX                                                                        PLAINTIFF

v.                                                  CIVIL ACTION NO. 1:18-cv-00075-GHD-DAS

JESCO, INC.                                                               DEFENDANT

### **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant Jesco, Inc.'s motion for summary judgment [Doc. No. 46] is GRANTED;

(2) the Plaintiff Jimmy W. Cox's claims are DISMISSED WITH PREJUDICE in their entirety; and

(3) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 21st day of October, 2019.

_____
SENIOR U.S. DISTRICT JUDGE